**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JOSE RIGOBERTO CRUZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03443-RFB-NJK

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Jose Rigoberto Cruz, has another habeas proceeding pending in this District: Jose Rigoberto Mejia Cruz v. Henkey, 2:26-cv-02047-CDS-EJY.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 2, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Jose Rigoberto Mejia Cruz v. Henkey, 2:26-cv-02047-CDS-EJY.

**DATED:** October 23, 2026

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**